UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHNATHAN JOHNSON,

                                Plaintiff,

    -v-                                      9:10-CV-1082

ADAMS, Doctor, Upstate Correctional Facility;
HEATH BAKER, Nurse, Upstate Correctional
Facility; PATRICK JOHNSTON, former P.A.,
Upstate Correctional Facility; DAVID ROCK,
Superintendent, Upstate Correctional Facility;
NANCY SMITH, Administrative Nurse, Upstate
Correctional Facility; GEORGE WATERSON,
Nurse, Upstate Correctional Facility; and
LESTER WRIGHT, Doctor,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                             OF COUNSEL:

JOHNATHAN JOHNSON, Pro Se
89-A-1042
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN          ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2012, the Honorable David E. Peebles, United States Magistrate Judge, advised, by Report-Recommendation, that plaintiff's in forma pauperis status be revoked and that the remaining portion of defendants' motion for summary judgment be held in abeyance pending plaintiff's payment of the required $350 filing fee. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's in forma pauperis status is REVOKED;

2. Plaintiff shall pay the required filing fee within thirty (30) days of the date of this Decision and Order;

3. The substantive portion of defendants' motion for summary judgment, Dkt. No. 42, is held in abeyance;

4. Upon plaintiff's payment of the required filing fee, the matter shall be returned to Magistrate Judge David E. Peebles for consideration of the remaining portions of defendants' motion; and

      5.  In the event plaintiff fails to pay the statutory $350 filing fee within thirty (30) days, his complaint will be DISMISSED.

      IT IS SO ORDERED.

                                              United States District Judge

Dated: July 26, 2012
       Utica, New York.